JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | Case No. CV 20-7610-GW-PVCx |
|---|---|
| Plaintiff, | **ORDER DISMISSAL WITH PREJUDICE** |
| v. | |
| WESTPORT CHATSWORTH SELF STORAGE LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Westport Chatsworth Self Storage LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 27, 2021

_____
HON. GEORGE H. WU, U.S. DISTRICT JUDGE